**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELE NATALE, d/b/a MICHAEL CHRISTMAS ART, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:25-cv-11164 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Beth W. Jantz |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry [62], Plaintiff, Michele Natale, d/b/a Michael Christmas Art ("Plaintiff"), and Defendant Nos. 9 Beautiful life in dream et al.[1] (collectively, the "Defendants"), submit this joint status report.

The Parties executed a settlement agreement under which Defendants agreed to pay Plaintiff the settlement amount, with payment due July 18, 2026. Defendants did not request an extension of that deadline. The settlement amount was not remitted by the July 18, 2026 deadline and remains unpaid.

Consistent with the settlement agreement, Plaintiff is filing concurrently herewith an Agreed Motion for Entry of Consent Judgment for the full settlement amount, plus the reasonable

---

[1]"Defendants" include Defendant Nos. 9 Beautiful life in dream, 10 posters ONE, 21 OX poster, 23 wonderful poster, 26 JF poster, 27 Pictures on the wall, 29 poster draw, 30 XTY Decorative paintings and posters, 32 Thebester, 33 A one poster, 34 Canvas Classic Art, 35 Wall Painting Art, 38 Artful Decor Vision, 40 super oil painting, 45 Decorative painting guy, 56 Fantastic Wall Decoration, 58 A big oil painting shop, 61 Decorative painting Sunl, 62 Decorative painting Sunc, 63 Decorative painting Suni, 64 The House of Poster Art, 69 Artful Livin Wall Wonders Aesthetic Haven, 70 Renaissance Rewind, 73 Good merchant Y, 75 Creative decorative paintings, 76 Good merchant F, 77 Personalized decorative painting, and 78 cartoon posters local.

attorneys' fees and costs incurred in entering and enforcing the judgment. Defendants consented to the entry of the proposed Consent Judgment when they executed the settlement agreement.

The Parties will keep the Court promptly apprised of any further developments.

DATED: August 4, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Jiyuan Zhang* |
| Keith A. Vogt | Jiyuan Zhang |
| FL Bar No. 1036084/IL Bar No. 6207971 | J. Zhang and Associates, P.C. |
| Keith A. Vogt PLLC | 37-12 Prince Street, Suite 9C |
| 1820 NE 163rd Street, Suite #306 | Flushing, NY 11354 |
| North Miami Beach, Florida 33162 | Telephone: 718-701-5098 |
| Telephone: 312-971-6752 | E-mail: contact@jzhanglaws.com |
| E-mail: keith@vogtip.com | |
| | |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANTS*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 4, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt