**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michele Natale

                                 Plaintiff,

v.                                           Case No.:
                                           1:25−cv−11164
                                           Honorable John J.
                                           Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 5, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's agreed motion to approve the consent judgment [64] is granted. Enter Order. This matter is concluded. All future dates and deadlines are stricken; any pending motions are denied as moot. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.