✎ AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION     ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:25-cv-11164    **DATE FILED** 09/16/2025 | United States District Court<br>Northern District of Illinois |
| PLAINTIFF<br><br>Michele Natale | DEFENDANT<br><br>The Partnerships and Unincorporated Associations<br>Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1   See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>J. Ho11irnon | DATE<br>8/6/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-404-048

**Effective Date of Registration:**
April 26, 2024
**Registration Decision Date:**
July 18, 2024

---

## Title

    **Title of Work:**  The Afro-Tree

## Completion/Publication

    **Year of Completion:** 2016
  **Date of 1st Publication:** December 29, 2016
  **Nation of 1st Publication:** Italy

## Author

    •   **Author:**  Michele Natale, dba Michael Christmas Art
    **Pseudonym:**  Michael Christmas
  **Author Created:**  2-D artwork
    **Citizen of:**  Italy
  **Pseudonymous:**  Yes

## Copyright Claimant

  **Copyright Claimant:**  Michele Natale, dba Michael Christmas Art
    Via Avola 2, Ginosa (TA), 74013, Italy

## Rights and Permissions

    **Name:**  Michele Natale
    **Email:**  michele.natale.mc@gmail.com
    **Address:**  Via Avola 2
    Ginosa (TA) 74013 Italy

## Certification

    **Name:**  David Denholm

