# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHELE NATALE, d/b/a MICHAEL CHRISTMAS ART,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-11164

**Judge John J. Tharp, Jr.**

**Magistrate Judge Beth W. Jantz**

**CORRECTED CONSENT JUDGMENT**

This action having been commenced by Plaintiff MICHELE NATALE, d/b/a MICHAEL CHRISTMAS ART ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 9 | Beautiful life in dream | 634418217947589 |
| 10 | posters ONE | 634418219371824 |
| 21 | OX poster | 634418220359053 |
| 23 | wonderful poster | 634418216375121 |
| 26 | JF poster | 634418220740183 |
| 27 | Pictures on the wall | 634418219325980 |
| 29 | poster draw | 634418219477951 |
| 30 | XTY Decorative paintings and posters | 634418220529412 |
| 32 | Thebester | 634418216912792 |
| 33 | A one poster | 634418220441342 |
| 34 | Canvas Classic Art | 634418219679848 |
| 35 | Wall Painting Art | 634418219706132 |
| 38 | Artful Decor Vision | 634418219329799 |
| 40 | super oil painting | 634418219480223 |

| | | |
|---|---|---|
| 45 | Decorative painting guy | 634418219571490 |
| 56 | Fantastic Wall Decoration | 634418220484138 |
| 58 | A big oil painting shop | 634418220472756 |
| 61 | Decorative painting Sunl | 634418221766720 |
| 62 | Decorative painting Sunc | 634418221747809 |
| 63 | Decorative painting Suni | 634418221765055 |
| 64 | The House of Poster Art | 634418218619575 |
| 69 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 70 | Renaissance Rewind | 634418219430680 |
| 73 | Good merchant Y | 634418220146387 |
| 75 | Creative decorative paintings | 634418218436645 |
| 76 | Good merchant F | 634418220147177 |
| 77 | Personalized decorative painting | 634418218437886 |
| 78 | cartoon posters local | 634418217000397 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Michael Christmas Work listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Michael Christmas Work in any manner without the express authorization of Plaintiff;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Michael Christmas product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Michael Christmas Work;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing Michael Christmas Work are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Michael Christmas Work and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Michael Christmas Work.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty-one thousand dollars ($21,000) in damages (the "Damage Amount").

3. ~~Temu LLC~~Whaleco, Inc. d/b/a Temu ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce

the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendants' failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _______________, 2026

_______________________________________
John J. Tharp, Jr.
United States District Judge